**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

IN RE: EADS, Jeffery Alan & Lisa Michelle Eads  } Case No. 09-16228-SAH
  }
Debtor(s)  } Chapter 7

**PAYMENT OF FUNDS TO THE CLERK
PURSUANT TO BANKRUPTCY RULE 3010**

    Robert D. Garrett, Trustee of the above captioned bankruptcy matter, reports that all orders of the Court have been complied with and that pursuant to the Order Authorizing Payment of Dividends and Compensation and Expenses of the Trustee, all checks have been issued and mailed to creditors at their last known addresses.

    The following checks have not been mailed for the reason that the dividend to be paid to each creditor listed was under $5.00. Accompanying this report is a check payable to the Clerk of the Court for the total amount, in accordance with Bankruptcy Rule 3010.

| CLAIM NUMBER | CHECK NUMBER | CLAIMANT & ADDRESS | AMOUNT |
|---|---|---|---|
| 5-1 | 112 | Asset Acceptance LLC<br>PO Box 2036<br>Warren, MI  48090 | $4.76 |
|  | TOTAL |  | $4.76 |

DATED: 11/22/10

                                               s/Robert D Garrett
                                               Robert D. Garrett, Trustee
                                               PO Box 32427
                                               Oklahoma City, OK 73123-0627
                                               405-722-4335